# Court of Appeals
# of the State of Georgia

ATLANTA,  December 19, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0051. BANKS v. PROGRESSIVE INSURANCE COMPANY et al.**

The Appellant's petition for mandamus is hereby DENIED. See Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  12/19/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*